■ Town of Macedon, Respondent, v Elam Sand & Gravel Corporation, Appellant. [720 NYS2d 421] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motion of defendant for summary judgment on its second affirmative defense, alleging that Local Laws, 1994, No. 7 of the Town of Macedon denies defendant equal protection of the laws. Defendant's submissions are insufficient to overcome the "exceedingly strong presumption of constitutionality" applicable to the ordinance (*Lighthouse Shores v Town of Islip,* 41 NY2d 7, 11; *see, AA&M Carting Serv. v Town of Hempstead,* 183 AD2d 738, 739). (Appeal from Order of Supreme Court, Wayne County, Kehoe, J.—Summary

Judgment.) Present—Green, J. P., Pine, Hayes, Wisner and Scudder, JJ.